# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:

FRANKLIN A CABEZAS LANDAZURI    Case No.: 1-18-03149-HWV
                                Chapter 13

Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**          **MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | PENNYMAC LOAN SERVICES, LLC |
| Court Claim Number: | 06 |
| Last Four of Loan Number: | 1295/PRE ARREARS/1976 DAYBREAK CIR |
| Property Address if applicable: | 1976 DAYBREAK CIRCLE, , HARRISBURG, PA17110 |

**PART 2:**          **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

a. Allowed prepetition arrearages:     $469.69
b. Prepetition arrearages paid by the Trustee:     $469.69
c. Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c):     $0.00
d. Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee:     $0.00
e. Allowed postpetition arrearage:     $0.00
f. Postpetition arrearages paid by the Trustee:     $0.00
g. Total b, d, f:     $469.69

**PART 3:**          **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment:  $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding:  UNKNOWN

**PART 4:**          **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: November 23, 2021    Respectfully submitted,

s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA  17036
Phone:  (717) 566-6097
Fax:  (717) 566-8313
eMail:  info@pamd13trustee.com

Creditor Name: PENNYMAC LOAN SERVICES, LLC
Court Claim Number: 06

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|---|---|---|---|---|---|
| 5200 | 1229333 | 04/15/2021 | $92.64 | $0.00 | $92.64 |
| 5200 | 2000715 | 05/18/2021 | $139.12 | $0.00 | $139.12 |
| 5200 | 2001719 | 06/16/2021 | $139.12 | $0.00 | $139.12 |
| 5200 | 2002694 | 07/14/2021 | $98.81 | $0.00 | $98.81 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

FRANKLIN A CABEZAS LANDAZURI        Case No.: 1-18-03149-HWV
                                    Chapter 13

Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on November 23, 2021, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, from Hummelstown, PA unless served electronically.

| | |
|---|---|
| JOHANNA HILL REHKAMP<br>CUNNINGHAM, CHERNICOFF & WARSHAWSKY<br>P.O. BOX 60457<br>HARRISBURG PA, 17106- | SERVED ELECTRONICALLY |
| PENNYMAC LOAN SERVICES LLC<br>6101 CONDOR DR<br>SUITE 200<br>MOORPARK, CA, 93021 | SERVED BY 1ST CLASS MAIL |
| FRANKLIN A CABEZAS LANDAZURI<br>1976 DAYBREAK CIRCLE<br>HARRISBURG, PA 17110 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: November 23, 2021

s/ Liz Joyce
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: info@pamd13trustee.com